**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTER PENSION PLAN AND PLYMOUTH COUNTY RETIREMENT ASSOCIATION, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

-against-

MDC PARTNERS, INC., MILES S. NADAL, DAVID B. DOFT, MICHAEL C. SABATINO, MITCHELL GENDEL, AND MICHAEL J. L. KIRBY,

Defendants.

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 9/30/16

15 **CIVIL** 6034 (RJS)

**JUDGMENT**

Defendants having moved to dismiss Plaintiff's amended complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on September 30, 2016, having rendered its Opinion and Order granting Defendants' motion to dismiss the amended complaint, and dismissing this case with prejudice; and directing the Clerk of the Court to enter judgment in favor of Defendants, and close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2016, Defendants' motion to dismiss the amended complaint is granted, and this case is dismissed with prejudice; judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2016

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K Mango

**Deputy Clerk**